DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMANDA MARIE BEVERLY,**
Appellant,

v.

**TIMOTHY DAVIS BEVERLY, JR.,**
Appellee.

No. 4D2025-3051

[July 9, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502020DR004467XXXXSB.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellant.

Richard J. Boyle of Richard J. Boyle, Esq., LLC d/b/a The Boyle Law Firm, Wellington, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***